UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| THE COMMUNITY OF JESUS, INC., ARTS EMPOWERING LIFE, INC., and PERFORMING ARTS BUILDING FOUNDATION, INC. <br><br> Plaintiffs, <br><br> v. <br><br> DAVID and ELLEN ORTOLONI, <br><br> Defendants. | Civil Case No. 1:25-cv-13453-LTS |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

Pursuant to Mass.R.Civ.P.11, please enter the appearance of Robert P. Powers, as counsel of record for the Defendants, David and Ellen Ortolani, in the above-captioned matter.

DAVID and ELLEN ORTOLANI

By their attorneys,

*/s/ Robert P. Powers*
Robert P. Powers, BBO No. 544691
Melick & Porter, LLP
One Liberty Square, 7th Floor
Boston, Massachusetts 02109
Telephone: (617) 523-6200
Facsimile: (617) 523-8130
rpowers@melicklaw.com

Dated: December 10, 2025

## CERTIFICATE OF SERVICE

    I, Robert P. Powers, hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

                                                */s/ Robert P. Powers*
                                                Robert P. Powers

Dated: December 10, 2025